UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                                    Chapter 11

FMTB BH LLC,                                                                    Case No. 18-42228-cec

                                         Debtor.
-------------------------------------------------------------x
FMTB BH LLC,                                                                    Adv. Pro. No. 18-01052-cec

                                           Plaintiff,

     against

1988 MORRIS AVENUE LLC, 1974 MORRIS
AVENUE LLC, 700 BECK STREET LLC, 1143
FOREST AVENUE LLC, and 1821 TOPPING
AVENUE LLC,

                                         Defendants.
-------------------------------------------------------------x

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                 ss.:
COUNTY OF NEW YORK  )

       NATHANAEL F. MEYERS, being duly sworn, deposes and says:

       1. I am not a party to the action, am over 18 years of age and reside in Brooklyn, N.Y.

       2. On the 24th day of April, 2018, I served the Complaint with attached Adversary Proceeding Cover Sheet [Adv. Doc. No. 3], Summons and Notice of Pretrial Conference In an Adversary Proceeding [Adv. Doc. No. 4], and the appropriate Notice of Pendency attached hereto as Exhibit A via FIRST CLASS MAIL upon the attached Service List by depositing true copies of same enclosed in post-paid, properly addressed wrappers in an official depository under the

exclusive care and custody of the United States Postal Service within the State of New York.

Sworn to before me this  /s/Nathanael F. Meyers
25th day of April, 2018  NATHANAEL F. MEYERS

 /s/ Robert M. Sasloff
Notary Public, State of New York
No. 02SA4966401
Qualified in Kings County
Commission Expires 5-7-2018

## **SERVICE LIST**

1821 TOPPING AVE LLC
C/O LEGALINC CORPORATE SERVICES INC.
1967 WEHRLE DRIVE, SUITE 1-086
BUFFALO, NEW YORK, 14221

1974 MORRIS AVE LLC
C/O REGISTERED AGENTS INC.
90 STATE STREET
STE 700 OFFICE 40
ALBANY, NEW YORK, 12207

1988 MORRIS AVE LLC
C/O LEGALINC CORPORATE SERVICES INC.
1967 WEHRLE DRIVE
SUITE 1-086
BUFFALO, NEW YORK, 14221

700 BECK STREET LLC
C/O LEGALINC CORPORATE SERVICES INC.
1967 WEHRLE DRIVE SUITE 1-086
BUFFALO, NEW YORK, 14221

1143 FOREST AVE LLC
C/O LEGALINC CORPORATE SERVICES INC.
1967 WEHRLE DRIVE SUITE 1-086
BUFFALO, NEW YORK, 14221

# **EXHIBIT A**

FILE COPY

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                              Chapter 11

FMTB BH LLC,                                                        Case No. 18-42228-cec

                                    Debtor.
-----------------------------------------------------------x
FMTB BH LLC,                                                        Adv. Pro. No. 18-01052-cec

                                    Plaintiff,

      against

1988 MORRIS AVENUE LLC, 1974 MORRIS
AVENUE LLC, 700 BECK STREET LLC, 1143
FOREST AVENUE LLC, and 1821 TOPPING
AVENUE LLC,

                                    Defendants.
-----------------------------------------------------------x

## NOTICE OF PENDENCY

**Subject Premises:** 1821 Topping Avenue, Bronx, New York 10457
**Section:** 2
**Block:** 2800
**Lot:** 44
**County:** Bronx

    **NOTICE IS HEREBY GIVEN** pursuant to CPLR § 6501 et seq. that an action has been commenced and is now pending in the United States Bankruptcy Court for the Southern District of New York upon the complaint of the above-named Plaintiff against the above-named Defendants to clarify and establish the parties' present and future interests in the below referenced Premises and all improvements thereon. The nature of the action concerns, among other things, a claim against the Defendants for specific performance of a contract of sale executed on or about June 19, 2017.

    **AND NOTICE IS FURTHER GIVEN**, that the Premises affected by this action, were,

{00926286.DOC;3 }                                    i

at the time of the commencement of said action, and at the time of the filing of this notice situate in **Block 2800, Lot 44** on the land and tax map of the COUNTY OF BRONX in the City and State of New York. The above property is further described in Schedule A "Legal Description" annexed hereto and made a part hereof.

Said premises being commonly known as and by street number 1821 Topping Avenue, Bronx, New York 10457.

**TOGETHER** with all right, title and interest of the defendant(s) in and to the land lying in the streets and roads in front of and adjoining said premises.

| | |
|---|---|
| **TYPE OF ACTION:** | **BREACH OF CONTRACT/SPECIFIC PERFORMANCE** |
| Dated: New York, New York<br>April 23, 2018 | **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK, P.C.**<br><br>By: _____<br>Lawrence S. Hirsh, Esq.<br><br>Attorneys for Plaintiff FMTB BH LLC<br>875 Third Avenue, 9th Floor<br>New York, New York 10022<br>(212) 603-6300 |

TO THE CLERK OF THE COURT, BRONX COUNTY

**YOU ARE HEREBY** directed to index the within Notice against the following section, block and lot numbers of the County of Bronx affected thereby. Section 2, Block 2800, Lot 44.

Dated: New York, New York
April 23, 2018

**ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK, P.C.**

By: _____
Lawrence S. Hirsh, Esq.

Attorneys for Plaintiff FMTB BH LLC
875 Third Avenue, 9th Floor
New York, New York 10022
(212) 603-6300

FILE COPY

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                                                    Chapter 11

FMTB BH LLC,                                                      Case No. 18-42228-cec

                            Debtor.
----------------------------------------------------------x
FMTB BH LLC,                                                      Adv. Pro. No. 18-01052-cec

                            Plaintiff,

against

1988 MORRIS AVENUE LLC, 1974 MORRIS
AVENUE LLC, 700 BECK STREET LLC, 1143
FOREST AVENUE LLC, and 1821 TOPPING
AVENUE LLC,

                            Defendants.
----------------------------------------------------------x

## NOTICE OF PENDENCY

**Subject Premises:** 1974 Morris Avenue, Bronx, New York 10453
**Section:** 2
**Block:** 2807
**Lot:** 4
**County:** Bronx

      **NOTICE IS HEREBY GIVEN** pursuant to CPLR § 6501 et seq. that an action has been commenced and is now pending in the United States Bankruptcy Court for the Southern District of New York upon the complaint of the above-named Plaintiff against the above-named Defendants to clarify and establish the parties' present and future interests in the below referenced Premises and all improvements thereon. The nature of the action concerns, among other things, a claim against the Defendants for specific performance of a contract of sale executed on or about June 19, 2017.

      **AND NOTICE IS FURTHER GIVEN**, that the Premises affected by this action, were,

{00926291.DOC;3}                          i

at the time of the commencement of said action, and at the time of the filing of this notice situate in **Block 2807, Lot 4** on the land and tax map of the COUNTY OF BRONX in the City and State of New York. The above property is further described in Schedule A "Legal Description" annexed hereto and made a part hereof.

Said premises being commonly known as and by street number 1974 Morris Avenue, Bronx, New York 10453.

**TOGETHER** with all right, title and interest of the defendant(s) in and to the land lying in the streets and roads in front of and adjoining said premises.

| | |
|---|---|
| **TYPE OF ACTION:** | **BREACH OF CONTRACT/SPECIFIC PERFORMANCE** |
| Dated: New York, New York<br>April 23, 2018 | **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK, P.C.**<br><br>By: _____<br>Lawrence S. Hirsh, Esq.<br><br>Attorneys for Plaintiff FMTB BH LLC<br>875 Third Avenue, 9th Floor<br>New York, New York 10022<br>(212) 603-6300 |

TO THE CLERK OF THE COURT, BRONX COUNTY

YOU ARE HEREBY directed to index the within Notice against the following section, block and lot numbers of the County of Bronx affected thereby. Section 2, Block 2807, Lot 4.

Dated:  New York, New York
          April 23, 2018

**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK, P.C.**

By: _____
Lawrence S. Hirsh, Esq.

Attorneys for Plaintiff FMTB BH LLC
875 Third Avenue, 9th Floor
New York, New York 10022
(212) 603-6300

FILE COPY

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

FMTB BH LLC,

                       Debtor.
---------------------------------------------------------------x
FMTB BH LLC,

                       Plaintiff,

against

1988 MORRIS AVENUE LLC, 1974 MORRIS
AVENUE LLC, 700 BECK STREET LLC, 1143
FOREST AVENUE LLC, and 1821 TOPPING
AVENUE LLC,

                       Defendants.
---------------------------------------------------------------x

Chapter 11

Case No. 18-42228-cec

Adv. Pro. No. 18-01052-cec

## NOTICE OF PENDENCY

**Subject Premises:** 1988 Morris Avenue, Bronx, New York 10453
**Section:** 2
**Block:** 2807
**Lot:** 10
**County:** Bronx

    **NOTICE IS HEREBY GIVEN** pursuant to CPLR § 6501 et seq. that an action has been commenced and is now pending in the United States Bankruptcy Court for the Southern District of New York upon the complaint of the above-named Plaintiff against the above-named Defendants to clarify and establish the parties' present and future interests in the below referenced Premises and all improvements thereon. The nature of the action concerns, among other things, a claim against the Defendants for specific performance of a contract of sale executed on or about June 19, 2017.

    **AND NOTICE IS FURTHER GIVEN**, that the Premises affected by this action, were,

at the time of the commencement of said action, and at the time of the filing of this notice situate in **Block 2807, Lot 10** on the land and tax map of the COUNTY OF BRONX in the City and State of New York. The above property is further described in Schedule A "Legal Description" annexed hereto and made a part hereof.

Said premises being commonly known as and by street number 1988 Morris Avenue, Bronx, New York 10453.

**TOGETHER** with all right, title and interest of the defendant(s) in and to the land lying in the streets and roads in front of and adjoining said premises.

TYPE OF ACTION:           BREACH OF CONTRACT/SPECIFIC PERFORMANCE

Dated: New York, New York
        April 23, 2018

ROBINSON BROG LEINWAND
GREENE GENOVESE & GLUCK, P.C.

By: _____
Lawrence S. Hirsh, Esq.

Attorneys for Plaintiff FMTB BH LLC
875 Third Avenue, 9th Floor
New York, New York 10022
(212) 603-6300

TO THE CLERK OF THE COURT, BRONX COUNTY

**YOU ARE HEREBY** directed to index the within Notice against the following section, block and lot numbers of the County of Bronx affected thereby. Section 2, Block 2807, Lot 10.

Dated: New York, New York
April 23, 2018

**ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK, P.C.**

By: _____
Lawrence S. Hirsh, Esq.

Attorneys for Plaintiff FMTB BH LLC
875 Third Avenue, 9th Floor
New York, New York 10022
(212) 603-6300

FILE COPY

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                              Chapter 11

FMTB BH LLC,                                                        Case No. 18-42228-cec

                              Debtor.
---------------------------------------------------------------x
FMTB BH LLC,                                                        Adv. Pro. No. 18-01052-cec

                             Plaintiff,

     against

1988 MORRIS AVENUE LLC, 1974 MORRIS
AVENUE LLC, 700 BECK STREET LLC, 1143
FOREST AVENUE LLC, and 1821 TOPPING
AVENUE LLC,

                            Defendants.
---------------------------------------------------------------x

## NOTICE OF PENDENCY

**Subject Premises:** 770 Beck Street, Bronx, New York 10455
**Section:** 2
**Block:** 2707
**Lot:** 53
**County:** Bronx

        **NOTICE IS HEREBY GIVEN** pursuant to CPLR § 6501 et seq. that an action has been commenced and is now pending in the United States Bankruptcy Court for the Southern District of New York upon the complaint of the above-named Plaintiff against the above-named Defendants to clarify and establish the parties' present and future interests in the below referenced Premises and all improvements thereon. The nature of the action concerns, among other things, a claim against the Defendants for specific performance of a contract of sale executed on or about June 19, 2017.

        **AND NOTICE IS FURTHER GIVEN**, that the Premises affected by this action, were,

at the time of the commencement of said action, and at the time of the filing of this notice situate in **Block 2707, Lot 53** on the land and tax map of the COUNTY OF BRONX in the City and State of New York. The above property is further described in Schedule A "Legal Description" annexed hereto and made a part hereof.

Said premises being commonly known as and by street number 770 Beck Street, Bronx, New York 10455.

**TOGETHER** with all right, title and interest of the defendant(s) in and to the land lying in the streets and roads in front of and adjoining said premises.

| | |
|---|---|
| **TYPE OF ACTION:** | **BREACH OF CONTRACT/SPECIFIC PERFORMANCE** |
| Dated: New York, New York<br>April 23, 2018 | **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK, P.C.**<br><br>By: _____<br>Lawrence S. Hirsh, Esq.<br><br>Attorneys for Plaintiff FMTB BH LLC<br>875 Third Avenue, 9th Floor<br>New York, New York 10022<br>(212) 603-6300 |

TO THE CLERK OF THE COURT, BRONX COUNTY

**YOU ARE HEREBY** directed to index the within Notice against the following section, block and lot numbers of the County of Bronx affected thereby. Section 2, Block 2707, Lot 53.

Dated: New York, New York
April 23, 2018

ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK, P.C.

By: _____
Lawrence S. Hirsh, Esq.

Attorneys for Plaintiff FMTB BH LLC
875 Third Avenue, 9th Floor
New York, New York 10022
(212) 603-6300

FILE COPY

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

FMTB BH LLC,

                                Debtor.
------------------------------------------------------------x
FMTB BH LLC,

                                Plaintiff,

against

1988 MORRIS AVENUE LLC, 1974 MORRIS
AVENUE LLC, 700 BECK STREET LLC, 1143
FOREST AVENUE LLC, and 1821 TOPPING
AVENUE LLC,

                                Defendants.
------------------------------------------------------------x

Chapter 11

Case No. 18-42228-cec

Adv. Pro. No. 18-01052-cec

## NOTICE OF PENDENCY

**Subject Premises:** 1143 Forest Avenue, Bronx, New York 10456
**Section:** 2
**Block:** 2651
**Lot:** 28
**County:** Bronx

**NOTICE IS HEREBY GIVEN** pursuant to CPLR § 6501 et seq. that an action has been commenced and is now pending in the United States Bankruptcy Court for the Southern District of New York upon the complaint of the above-named Plaintiff against the above-named Defendants to clarify and establish the parties' present and future interests in the below referenced Premises and all improvements thereon. The nature of the action concerns, among other things, a claim against the Defendants for specific performance of a contract of sale executed on or about June 19, 2017.

**AND NOTICE IS FURTHER GIVEN**, that the Premises affected by this action, were,

at the time of the commencement of said action, and at the time of the filing of this notice situate in **Block 2651, Lot 28** on the land and tax map of the COUNTY OF BRONX in the City and State of New York. The above property is further described in Schedule A "Legal Description" annexed hereto and made a part hereof.

Said premises being commonly known as and by street number 1143 Forest Avenue, Bronx, New York 10456.

**TOGETHER** with all right, title and interest of the defendant(s) in and to the land lying in the streets and roads in front of and adjoining said premises.

| | |
|---|---|
| TYPE OF ACTION: | BREACH OF CONTRACT/SPECIFIC PERFORMANCE |
| Dated: New York, New York<br>April 23, 2018 | ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK, P.C.<br><br>By: _____<br>Lawrence S. Hirsh, Esq.<br><br>Attorneys for Plaintiff FMTB BH LLC<br>875 Third Avenue, 9th Floor<br>New York, New York 10022<br>(212) 603-6300 |

TO THE CLERK OF THE COURT, BRONX COUNTY

**YOU ARE HEREBY** directed to index the within Notice against the following section, block and lot numbers of the County of Bronx affected thereby. Section 2, Block 2651, Lot 28.

Dated: New York, New York  
April 23, 2018

**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK, P.C.**

By: _____  
Lawrence S. Hirsh, Esq.

Attorneys for Plaintiff FMTB BH LLC  
875 Third Avenue, 9th Floor  
New York, New York 10022  
(212) 603-6300