COPY

```
-----------------------------------------x
IN THE MATTER OF:

Premises:     1821 Topping Avenue
              Bronx, New York 10455

Seller:       1821 Topping Avenue LLC

Purchaser:    FMTB BH LLC
-----------------------------------------x


                        80 Broad Street
                        New York, New York

                        December 18, 2017
                        10:40 a.m.
```

STATEMENT, held at the above

time and place, before a Notary Public

within and for the State of New York.

```
        SANDY SAUNDERS REPORTING
    254 South Main Street, Suite 216
       New City, New York 10956
           (845) 634-7561
```

1

2    A P P E A R A N C E S:

3

4         THE LAW OFFICE OF IZIDOR MIKHLI, PLLC
          Attorneys for Purchaser
5              2995 Quentin Road
               Brooklyn, New York 11229
6         BY:  NO APPEARANCE

7         GOLDSTEIN HALL PLLC
          Attorneys for Seller
8              80 Broad Street - Suite 303
               New York, New York 10004
9         BY:  BRIAN S. HSU, ESQ.
               NIKI TSISMENAKIS, ESQ.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1               PROCEEDINGS

2          MR. HSU:  It is December 18,

3     2017 at 10:40 a.m.  My name is Brian

4     Hsu, partner at Goldstein Hall.  I

5     have Niki Tsismenakis, senior

6     associate at Goldstein Hall here

7     with me as well.  She is a certified

8     and qualified notary.

9          MS. TSISMENAKIS:  Yes, in the

10    State of New York.  My notary number

11    is 02CS6264869.

12         MR. HSU:  Goldstein Hall is

13    representing the seller,

14    1821 Topping Avenue LLC in the sale

15    of 1821 Topping Avenue, Bronx, New

16    York 10455 to FMTB BH LLC.  The

17    purchaser's attorney is Izidor

18    Mikhli, and we sent them a time of

19    the essence letter dated December 5,

20    2017 as a courtesy related to a

21    contract of sale for the property

22    dated June 19, 2017 with an addendum

23    stating that it is a time of the

24    essence contract dated October 4,

25    2017.  The time of the essence is

```
1              PROCEEDINGS
2     for December 18, 2017, today's date.
3         The seller is ready, willing
4     and able to sell the property with
5     insurable title pursuant to the
6     contract and the addendum.  I have
7     in front of me a closing statement
8     with the purchase price of
9     $688,888.89.  The only lien on title
10    is a mortgage for $11,250.73 to FCI
11    Lender Services.
12        The title fees including
13    transfer tax fees, other open
14    violations and payable including
15    other reasonable transactional
16    closing costs will be covered by the
17    purchase price which is coming from
18    the purchase who is not here today.
19    The payoff letter is here.
20        So pursuant to the contract of
21    sale, I have here in front of me the
22    bargain and sale deed from
23    1821 Topping Avenue LLC to FMTB BH
24    LLC which I will sign now.  Me,
25    Brian Hsu, has the authority
```

1           PROCEEDINGS

2    pursuant to a resolution from

3    1821 Topping Avenue LLC to sign on

4    behalf of the LLC.  The sole member

5    of the LLC is Ihsan Saleem.  I am

6    now signing the deed over to the

7    purchaser and Niki will be

8    notarizing for me.

9           I am now signing the ACRIS

10   documents that are required to be

11   delivered and registered with the

12   deed on behalf of the grantor.

13          MS. TSISMENAKIS:  I am

14   notarizing the deed and ACRIS form

15   on behalf of the seller grantor.

16          MR. HSU:  For the record, we

17   did notify Riverside Abstract on

18   December 14, 2017 via e-mail to Leah

19   Newman at Riverside providing all

20   docs for the seller, the

21   resolutions, the resolutions for the

22   exception 8A, B, C, D, E, F, G and

23   H, exception 2837 which requires the

24   bankruptcy order approval and the

25   mortgage pay off letters.  She

```
 1                    PROCEEDINGS
 2   confirmed receipt at 3:14 p.m. of
 3   that e-mail.
 4        Therefore, at this time upon
 5   execution of the deed and the ACRIS
 6   documents, we declare the purchaser
 7   in default for failure to provide
 8   the purchase price pursuant to the
 9   contract of sale and addendum.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1

2          C E R T I F I C A T I O N

3

4

5          I, MARJZENA HERMANOWSKI, a

6   Stenotype Shorthand Reporter and Notary

7   Public within and for the State of New

8   York, do hereby certify that the foregoing

9   is a true and accurate transcription of my

10  stenographic notes.

11          I further certify that I am not

12  employed by nor related to any party to

13  this action.

14          IN WITNESS WHEREOF, I have hereunto

15  set my hand this 12th day of January, 2018.

16

17

18

19

20          MARJZENA HERMANOWSKI

21

22

23

24

25

1 | Errata Sheet

2

3 | NAME OF CASE: IN THE MATTER OF: 1821 TOPPING AVENUE

4 | DATE OF DEPOSITION: 12/18/2017

5 | NAME OF WITNESS: 10 40 A.M. CLOSING

6 | Reason Codes:

7 |     1. To clarify the record.

8 |     2. To conform to the facts.

9 |     3. To correct transcription errors.

10 | Page _____ Line _____ Reason _____

11 | From _____ to _____

12 | Page _____ Line _____ Reason _____

13 | From _____ to _____

14 | Page _____ Line _____ Reason _____

15 | From _____ to _____

16 | Page _____ Line _____ Reason _____

17 | From _____ to _____

18 | Page _____ Line _____ Reason _____

19 | From _____ to _____

20 | Page _____ Line _____ Reason _____

21 | From _____ to _____

22 | Page _____ Line _____ Reason _____

23 | From _____ to _____

24

25

**$**

$11,250.73  4:10
$688,888.89  4:9

**0**

02CS6264869
3:11

**1**

10455  3:16
10:40  3:3
12th  7:15
14  5:18
18  3:2 4:2
1821  3:14,15
4:23 5:3
19  3:22

**2**

2017  3:3,20,22,
25 4:2 5:18
2018  7:15
2837  5:23

**3**

3:14  6:2

**4**

4  3:24

**5**

5  3:19

**8**

8A  5:22

**A**

a.m.  3:3
able  4:4
Abstract  5:17
accurate  7:9
ACRIS  5:9,14
6:5
action  7:13
addendum  3:22
4:6 6:9
all  5:19
am  5:5,9,13 7:11
an  3:22
any  7:12
approval  5:24
associate  3:6
at  3:3,4,6 5:19
6:2,4
attorney  3:17
authority  4:25
Avenue  3:14,15
4:23 5:3

**B**

bankruptcy
5:24
bargain  4:22
behalf  5:4,12,15
BH  3:16 4:23
Brian  3:3 4:25
Bronx  3:15

**C**

certified  3:7
certify  7:8,11
closing  4:7,16
coming  4:17
confirmed  6:2

contract  3:21,
24 4:6,20 6:9
costs  4:16
courtesy  3:20
covered  4:16

**D**

date  4:2
dated  3:19,22,
24
day  7:15
December  3:2,
19 4:2 5:18
declare  6:6
deed  4:22 5:6,
12,14 6:5
default  6:7
delivered  5:11
docs  5:20
documents
5:10 6:6

**E**

e-mail  5:18 6:3
employed  7:12
essence  3:19,
24,25
exception  5:22,
23
execution  6:5

**F**

failure  6:7
FCI  4:10
fees  4:12,13
FMTB  3:16 4:23
foregoing  7:8
form  5:14
from  4:17,22 5:2
front  4:7,21

further  7:11

**G**

Goldstein  3:4,
6,12
grantor  5:12,15

**H**

Hall  3:4,6,12
hand  7:15
has  4:25
here  3:6 4:18,
19,21
hereby  7:8
hereunto  7:14
HERMANOWS
KI  7:5,20
Hsu  3:2,4,12
4:25 5:16

**I**

Ihsan  5:5
including  4:12,
14
insurable  4:5
Izidor  3:17

**J**

January  7:15
June  3:22

**L**

Leah  5:18
Lender  4:11
letter  3:19 4:19
letters  5:25
lien  4:9
LLC  3:14,16
4:23,24 5:3,4,5

**M**

MARJZENA
7:5,20
me  3:7 4:7,21,24
5:8
member  5:4
Mikhil  3:18
mortgage  4:10
5:25
MR  3:2,12 5:16
MS  3:9 5:13
my  3:3,10 7:9,15

**N**

name  3:3
New  3:10,15 7:7
Newman  5:19
Niki  3:5 5:7
nor  7:12
not  4:18 7:11
notarizing  5:8,
14
notary  3:8,10
7:6
notes  7:10
notify  5:17
now  4:24 5:6,9
number  3:10

**O**

October  3:24
off  5:25
on  4:9 5:3,12,15,
17
only  4:9
open  4:13
order  5:24
other  4:13,15
over  5:6

## P

p.m. 6:2
partner 3:4
party 7:12
pay 5:25
payable 4:14
payoff 4:19
price 4:8,17 6:8
PROCEEDINGS 3:1 4:1 5:1 6:1
property 3:21 4:4
provide 6:7
providing 5:19
Public 7:7
purchase 4:8, 17,18 6:8
purchaser 5:7 6:6
purchaser's 3:17
pursuant 4:5,20 5:2 6:8

## Q

qualified 3:8

## R

ready 4:3
reasonable 4:15
receipt 6:2
record 5:16
registered 5:11
related 3:20 7:12
Reporter 7:6
representing 3:13
required 5:10

requires 5:23
resolution 5:2
resolutions 5:21
Riverside 5:17, 19

## S

sale 3:14,21 4:21,22 6:9
Saleem 5:5
sell 4:4
seller 3:13 4:3 5:15,20
senior 3:5
sent 3:18
Services 4:11
set 7:15
She 3:7 5:25
Shorthand 7:6
sign 4:24 5:3
signing 5:6,9
sole 5:4
State 3:10 7:7
statement 4:7
stating 3:23
stenographic 7:10
Stenotype 7:6

## T

tax 4:13
them 3:18
Therefore 6:4
time 3:18,23,25 6:4
title 4:5,9,12
today 4:18
today's 4:2
Topping 3:14,

15 4:23 5:3
transactional 4:15
transcription 7:9
transfer 4:13
true 7:9
Tsismenakis 3:5,9 5:13

## U

upon 6:4

## V

via 5:18
violations 4:14

## W

well 3:7
WHEREOF 7:14
which 4:17,24 5:23
who 4:18
willing 4:3
with 3:7,22 4:4,8 5:11
within 7:7
WITNESS 7:14

## Y

Yes 3:9
York 3:10,16 7:8

COPY

```
----------------------------------------x
IN THE MATTER OF:

Premises:      1143 Forest Avenue
               Bronx, New York 10455

Seller:        1143 Forest Avenue LLC

Purchaser:   FMTB BH LLC
----------------------------------------x
```

                              80 Broad Street
                              New York, New York

                              December 18, 2017
                              10:50 a.m.

          STATEMENT, held at the above

time and place, before a Notary Public

within and for the State of New York.

          SANDY SAUNDERS REPORTING
     254 South Main Street, Suite 216
          New City, New York 10956
               (845) 634-7561

```
 1

 2   A P P E A R A N C E S:

 3

 4          THE LAW OFFICE OF IZIDOR MIKHLI, PLLC
            Attorneys for Purchaser
 5              2995 Quentin Road
                Brooklyn, New York 11229
 6      BY:  NO APPEARANCE

 7

 8          GOLDSTEIN HALL PLLC
            Attorneys for Seller
 9              80 Broad Street - Suite 303
                New York, New York 10004
10      BY:  BRIAN S. HSU, ESQ.
                NIKI TSISMENAKIS, ESQ.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              PROCEEDINGS
 2         MR. HSU:  It is December 18,
 3    2017 at 10:50 a.m.  My name is Brian
 4    Hsu, partner at Goldstein Hall.  I
 5    have Niki Tsismenakis, senior
 6    associate at Goldstein Hall here
 7    with me as well.  She is a certified
 8    and qualified notary.
 9         MS. TSISMENAKIS:  Yes, in the
10    State of New York.  My notary number
11    is 02CS6264869.
12         MR. HSU:  This is for the sale
13    of 1143 Forest Avenue by 1143 Forest
14    Avenue LLC to FMTB BH LLC.  The
15    seller contracted with the purchaser
16    to sell 1143 Forest Avenue for a
17    purchase price of $688,888.89
18    pursuant to a contract of sale dated
19    June 19, 2017 with an addendum for a
20    time of the essence date of
21    December 18, 2017.  The addendum was
22    signed on October 4, 2017.
23         We are here to provide clean
24    title and transfer the deed to the
25    purchaser.  Please note for the
```

```
 1              PROCEEDINGS
 2    record the purchaser is not here
 3    even though they received a time of
 4    the essence letter from our office
 5    dated December 5, 2017 reminding
 6    them of their time of the essence
 7    obligations pursuant to the contract
 8    of sale.
 9            At this time the only
10    encumbrance on title is a mortgage
11    to Superior Loan Service Inc. for
12    $344,155,35 of which the purchase
13    price will pay to remove that
14    encumbrance.  Any and all other
15    violations will be addressed through
16    title and the payment of those will
17    be through the purchase price.
18            We informed the title company,
19    Riverside Abstract, on Thursday,
20    December 14 that we would have a
21    closing today.  We provided them all
22    necessary documents to effectuate
23    the transfer and provide clean title
24    today.  They have not appeared.
25            All necessary violations and
```

```
 1            PROCEEDINGS
 2   encumbrances subject to the contract
 3   of sale will have been addressed
 4   through the monetary payments and
 5   documents provided to Riverside
 6   Abstract.
 7        In front of me, I have a
 8   resolution from 1143 Forest Avenue
 9   whose sole member is Ihsan Saleem
10   authorizing me, Brian Hsu, to
11   execute any documents required to
12   effectuate the transfer of the
13   property.  I also have in front of
14   me a bargain and sale deed dated the
15   date hereof from 1143 Forest Avenue
16   LLC to FMTB BH LLC, purchaser under
17   the contract of sale.  I am now
18   signing as authorized signatory and
19   I am asking Ms. Tsismenakis to
20   notarize my signature.
21        I also have in front of me the
22   ACRIS documents required to be filed
23   with the deed.  I will be signing on
24   behalf of the grantor.
25        MS. TSISMENAKIS:  I am
```

1             PROCEEDINGS

2    notarizing the ACRIS and deed.

3         MR. HSU:  At this time the

4    seller is ready, willing and able to

5    sell the property with insurable

6    title pursuant to the contract of

7    sale and addendum.  The purchaser

8    has failed to appear and provide the

9    purchase price as required by the

10   contract of sale and addendum.

11   Therefore, we declare the purchaser

12   in default of the contract.

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2               C E R T I F I C A T I O N

3

4

5           I, MARJZENA HERMANOWSKI, a

6   Stenotype Shorthand Reporter and Notary

7   Public within and for the State of New

8   York, do hereby certify that the foregoing

9   is a true and accurate transcription of my

10  stenographic notes.

11          I further certify that I am not

12  employed by nor related to any party to

13  this action.

14          IN WITNESS WHEREOF, I have hereunto

15  set my hand this 12th day of January, 2018.

16

17

18

19

20              MARJZENA HERMANOWSKI

21

22

23

24

25

1    Errata Sheet

2

3    NAME OF CASE: IN THE MATTER OF: 11443 FOREST AVENUE

4    DATE OF DEPOSITION: 12/18/2017

5    NAME OF WITNESS: 10 50 A.M. CLOSING

6    Reason Codes:

7        1. To clarify the record.

8        2. To conform to the facts.

9        3. To correct transcription errors.

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24

25                                        _____

**$**

$344,155,35 4:12

$688,888.89 3:17

**0**

02CS6264869 3:11

**1**

10:50 3:3

1143 3:13,16 5:8,15

14 4:20

18 3:2,21

19 3:19

**2**

2017 3:3,19,21, 22 4:5

**4**

4 3:22

**5**

5 4:5

**A**

a.m. 3:3

Abstract 4:19 5:6

ACRIS 5:22

addendum 3:19,21

addressed 4:15 5:3

all 4:14,21,25

also 5:13,21

**am** 5:17,19,25

an 3:19

any 4:14 5:11

appeared 4:24

asking 5:19

associate 3:6

at 3:3,4,6 4:9

authorized 5:18

authorizing 5:10

Avenue 3:13, 14,16 5:8,15

**B**

bargain 5:14

been 5:3

behalf 5:24

BH 3:14 5:16

Brian 3:3 5:10

**C**

certified 3:7

clean 3:23 4:23

closing 4:21

company 4:18

contract 3:18 4:7 5:2,17

contracted 3:15

**D**

date 3:20 5:15

dated 3:18 4:5 5:14

December 3:2, 21 4:5,20

deed 3:24 5:14, 23

documents 4:22 5:5,11,22

**E**

effectuate 4:22 5:12

encumbrance 4:10,14

encumbrances 5:2

essence 3:20 4:4,6

even 4:3

execute 5:11

**F**

filed 5:22

FMTB 3:14 5:16

Forest 3:13,16 5:8,15

from 4:4 5:8,15

front 5:7,13,21

**G**

Goldstein 3:4,6

grantor 5:24

**H**

Hall 3:4,6

here 3:6,23 4:2

hereof 5:15

Hsu 3:2,4,12 5:10

**I**

Ihsan 5:9

Inc 4:11

informed 4:18

**J**

June 3:19

**L**

letter 4:4

LLC 3:14 5:16

Loan 4:11

**M**

me 3:7 5:7,10, 14,21

member 5:9

monetary 5:4

mortgage 4:10

MR 3:2,12

Ms 3:9 5:19,25

my 3:3,10 5:20

**N**

name 3:3

necessary 4:22,25

New 3:10

Niki 3:5

not 4:2,24

notarize 5:20

notary 3:8,10

note 3:25

now 5:17

number 3:10

**O**

obligations 4:7

October 3:22

office 4:4

on 3:22 4:10,19 5:23

only 4:9

other 4:14

our 4:4

**P**

partner 3:4

pay 4:13

payment 4:16

payments 5:4

Please 3:25

price 3:17 4:13, 17

PROCEEDING S 3:1 4:1 5:1

property 5:13

provide 3:23 4:23

provided 4:21 5:5

purchase 3:17 4:12,17

purchaser 3:15,25 4:2 5:16

pursuant 3:18 4:7

**Q**

qualified 3:8

**R**

received 4:3

record 4:2

reminding 4:5

remove 4:13

required 5:11, 22

resolution 5:8

Riverside 4:19 5:5

**S**

sale 3:12,18 4:8 5:3,14,17

Saleem 5:9

sell 3:16

seller 3:15

senior 3:5

Service 4:11

She 3:7

signatory 5:18

signature 5:20

signed 3:22

signing 5:18,23

sole 5:9

State 3:10

subject 5:2

Superior 4:11

### T

their 4:6

them 4:6,21

they 4:3,24

those 4:16

though 4:3

through 4:15,17
5:4

Thursday 4:19

time 3:20 4:3,6,9

title 3:24 4:10,
16,18,23

today 4:21,24

transfer 3:24
4:23 5:12

Tsismenakis
3:5,9 5:19,25

### U

under 5:16

### V

violations 4:15,
25

### W

well 3:7

which 4:12

whose 5:9

with 3:7,15,19
5:23

would 4:20

### Y

Yes 3:9

York 3:10

COPY

----------------------------------------x
IN THE MATTER OF:

Premises:     770 Beck Street
              Bronx, New York 10455

Seller:       700 Beck Street LLC

Purchaser:    FMTB BH LLC
----------------------------------------x

                         80 Broad Street
                         New York, New York

                         December 18, 2017
                         11:00 a.m.

          STATEMENT, held at the above

time and place, before a Notary Public

within and for the State of New York.

          SANDY SAUNDERS REPORTING
      254 South Main Street, Suite 216
          New City, New York 10956
               (845) 634-7561

1

2    A P P E A R A N C E S:

3

4          THE LAW OFFICE OF IZIDOR MIKHLI, PLLC
             Attorneys for Purchaser
5                2995 Quentin Road
                 Brooklyn, New York 11229
6          BY:  NO APPEARANCE

7          GOLDSTEIN HALL PLLC
             Attorneys for Seller
8                80 Broad Street - Suite 303
                 New York, New York 10004
9          BY:  BRIAN S. HSU, ESQ.
                 NIKI TSISMENAKIS, ESQ.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1           PROCEEDINGS

2           MR. HSU:  It is December 18,

3     2017 at 11:00 a.m.  My name is Brian

4     Hsu, partner at Goldstein Hall.  I

5     have Niki Tsismenakis, senior

6     associate at Goldstein Hall here

7     with me as well.  She is a certified

8     and qualified notary.

9           MS. TSISMENAKIS:  Yes, in the

10    State of New York.  My notary number

11    is 02CS6264869.

12           MR. HSU:  We are here to sell

13    the property at 770 Beck Street,

14    Bronx, New York 10455 from 700 Beck

15    Street LLC to FMTB BH LLC.  The

16    attorney for the purchaser is Izidor

17    Mikhli.  We represent the seller

18    700 Beck Street LLC.

19           We have entered into a

20    contract of sale with the purchaser

21    for $688,888.89 pursuant to a

22    contract sale dated June 19, 2017

23    with an addendum dated October 4,

24    2017.  In the addendum the purchaser

25    agreed to a time of the essence date

1            PROCEEDINGS

2     as of December 18, 2017, which is

3     today's date.

4          As a courtesy to the

5     purchaser, our office provided them

6     a reminder letter dated December 5,

7     2017.  The purchaser has failed to

8     show up as of today.  Pursuant to

9     our closing statement, all proceeds

10    to provide clean title from the

11    seller to the purchaser will be

12    taken care of through the purchase

13    price.

14          The only mortgage on the

15    property is through RCN Capital

16    Funding LLC of which we have a

17    payoff letter.  The amount with

18    today's interest amounts to

19    $60,292.68.  All the closing costs

20    are allocated for and paid for from

21    the purchase price.  Seller remains

22    ready, willing and able to sell the

23    property pursuant to the contract of

24    sale as of today's date.

25          In front of me I have a

```
 1                   PROCEEDINGS
 2    resolution from 700 Beck Street LLC
 3    authorizing me, Brian Hsu, the power
 4    to execute any document on behalf of
 5    the company to further the sale of
 6    the property.  It is signed by Ihsan
 7    Saleem, the sole member of 700 Beck
 8    Street LLC.
 9          Also in front of me, I have a
10    bargain and sale deed dated the date
11    here between 700 Beck Street LLC and
12    FMTB BH LLC which I am signing now
13    as agent for 770 Beck Street as
14    authorized signatory.  I am asking
15    Niki Tsismenakis to notarize my
16    signature.  I also have in front of
17    me ACRIS documents to be filed with
18    the city registrar.
19          At this time the seller
20    remains ready, willing and able to
21    sell the property pursuant to the
22    contract of sale.  The purchaser has
23    failed to appear and provide the
24    purchase price and related closing
25    cost checks.  Therefore, we declare
```

1                    PROCEEDINGS

2    the purchaser in default of the

3    contract.

4          MS. TSISMENAKIS:   I completed

5    the notarization of the deed and

6    ACRIS form.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2              C E R T I F I C A T I O N

3

4

5        I, MARJZENA HERMANOWSKI, a

6   Stenotype Shorthand Reporter and Notary

7   Public within and for the State of New

8   York, do hereby certify that the foregoing

9   is a true and accurate transcription of my

10   stenographic notes.

11        I further certify that I am not

12   employed by nor related to any party to

13   this action.

14        IN WITNESS WHEREOF, I have hereunto

15   set my hand this 12th day of January, 2018.

16

17

18

19

20             MARJZENA HERMANOWSKI

21

22

23

24

25

1   Errata Sheet

2

3   NAME OF CASE: IN THE MATTER OF: 770 BECK STREET

4   DATE OF DEPOSITION: 12/18/2017

5   NAME OF WITNESS: 11 00 A.M. CLOSING

6   Reason Codes:

7      1. To clarify the record.

8      2. To conform to the facts.

9      3. To correct transcription errors.

10 Page _____ Line _____ Reason _____

11 From _____ to _____

12 Page _____ Line _____ Reason _____

13 From _____ to _____

14 Page _____ Line _____ Reason _____

15 From _____ to _____

16 Page _____ Line _____ Reason _____

17 From _____ to _____

18 Page _____ Line _____ Reason _____

19 From _____ to _____

20 Page _____ Line _____ Reason _____

21 From _____ to _____

22 Page _____ Line _____ Reason _____

23 From _____ to _____

24

25 _____

**$**

$60,292.68  4:19

$688,888.89  3:21

**0**

02CS6264869  3:11

**1**

10455  3:14
11:00  3:3
18  3:2 4:2
19  3:22

**2**

2017  3:3,22,24  4:2,7

**4**

4  3:23

**5**

5  4:6

**7**

700  3:14,18 5:2,7,11
770  3:13 5:13

**A**

a.m.  3:3
able  4:22 5:20
ACRIS  5:17
addendum  3:23,24
agent  5:13
agreed  3:25

all  4:9,19
allocated  4:20
also  5:9,16
am  5:12,14
amount  4:17
amounts  4:18
an  3:23
any  5:4
appear  5:23
asking  5:14
associate  3:6
at  3:3,4,6,13  5:19
attorney  3:16
authorized  5:14
authorizing  5:3

**B**

bargain  5:10
Beck  3:13,14,18  5:2,7,11,13
behalf  5:4
between  5:11
BH  3:15 5:12
Brian  3:3 5:3
Bronx  3:14

**C**

Capital  4:15
care  4:12
certified  3:7
checks  5:25
city  5:18
clean  4:10
closing  4:9,19  5:24
company  5:5
contract  3:20,22 4:23 5:22

cost  5:25
costs  4:19
courtesy  4:4

**D**

date  3:25 4:3,24  5:10
dated  3:22,23  4:6 5:10
December  3:2  4:2,6
declare  5:25
deed  5:10
document  5:4
documents  5:17

**E**

entered  3:19
essence  3:25
execute  5:4

**F**

failed  4:7 5:23
filed  5:17
FMTB  3:15 5:12
from  3:14 4:10,20 5:2
front  4:25 5:9,16
Funding  4:16
further  5:5

**G**

Goldstein  3:4,6

**H**

Hall  3:4,6
has  4:7 5:22
here  3:6,12 5:11

Hsu  3:2,4,12 5:3

**I**

Ihsan  5:6
Interest  4:18
Into  3:19
Izidor  3:16

**J**

June  3:22

**L**

letter  4:6,17
LLC  3:15,18  4:16 5:2,8,11,12

**M**

me  3:7 4:25 5:3,9,17
member  5:7
Mikhil  3:17
mortgage  4:14
MR  3:2,12
MS  3:9
my  3:3,10 5:15

**N**

name  3:3
New  3:10,14
Niki  3:5 5:15
notarize  5:15
notary  3:8,10
now  5:12
number  3:10

**O**

October  3:23
office  4:5

on  4:14 5:4
only  4:14
our  4:5,9

**P**

paid  4:20
partner  3:4
payoff  4:17
power  5:3
price  4:13,21  5:24
PROCEEDINGS  3:1 4:1 5:1
proceeds  4:9
property  3:13  4:15,23 5:6,21
provide  4:10  5:23
provided  4:5
purchase  4:12,21 5:24
purchaser  3:16,20,24 4:5,7,11 5:22
pursuant  3:21  4:8,23 5:21

**Q**

qualified  3:8

**R**

RCN  4:15
ready  4:22 5:20
registrar  5:18
related  5:24
remains  4:21  5:20
reminder  4:6
represent  3:17
resolution  5:2

## S

**sale** 3:20,22 4:24 5:5,10,22

**Saleem** 5:7

**sell** 3:12 4:22 5:21

**seller** 3:17 4:11, 21 5:19

**senior** 3:5

**She** 3:7

**show** 4:8

**signatory** 5:14

**signature** 5:16

**signed** 5:6

**signing** 5:12

**sole** 5:7

**State** 3:10

**statement** 4:9

**Street** 3:13,15, 18 5:2,8,11,13

## T

**taken** 4:12

**them** 4:5

**Therefore** 5:25

**through** 4:12,15

**time** 3:25 5:19

**title** 4:10

**today** 4:8

**today's** 4:3,18, 24

**Tsismenakis** 3:5,9 5:15

## U

**up** 4:8

## W

**well** 3:7

**which** 4:2,16 5:12

**willing** 4:22 5:20

**with** 3:7,20,23 4:17 5:17

## Y

**Yes** 3:9

**York** 3:10,14

COPY

```
-----------------------------------------x
IN THE MATTER OF:

Premises:      1974 Morris Avenue
               Bronx, New York 10455

Seller:        1974 Morris Avenue LLC

Purchaser:     FMTB BH LLC
-----------------------------------------x
```

                             80 Broad Street
                             New York, New York

                             December 18, 2017
                             11:10 a.m.



          STATEMENT, held at the above

time and place, before a Notary Public

within and for the State of New York.









          SANDY SAUNDERS REPORTING
      254 South Main Street, Suite 216
          New City, New York 10956
              (845) 634-7561

1

2   A P P E A R A N C E S:

3

4           THE LAW OFFICE OF IZIDOR MIKHLI, PLLC
            Attorneys for Purchaser
                2995 Quentin Road
5               Brooklyn, New York 11229
        BY:  NO APPEARANCE

6

7           GOLDSTEIN HALL PLLC
            Attorneys for Seller
8               80 Broad Street - Suite 303
                New York, New York 10004
9       BY:  BRIAN S. HSU, ESQ.
                NIKI TSISMENAKIS, ESQ.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              PROCEEDINGS
 2         MR. HSU:  It is December 18,
 3    2017 at 11:10 a.m.  My name is Brian
 4    Hsu, partner at Goldstein Hall.  I
 5    have Niki Tsismenakis, senior
 6    associate at Goldstein Hall here
 7    with me as well.  She is a certified
 8    and qualified notary.
 9         MS. TSISMENAKIS:  Yes, in the
10    State of New York.  My notary number
11    is 02CS6264869.
12         MR. HSU:  We are here to sell
13    the property at 1974 Morris Avenue,
14    Bronx, New York 10455 from
15    1974 Morris Avenue LLC to FMTB BH
16    LLC.  We represent the seller in
17    this transaction.  The purchaser is
18    represented by Izidor Mikhli.
19         Pursuant to a contract of sale
20    dated June 19, 2017 and an addendum
21    dated October 4, 2017, we have
22    agreed to sell the property for
23    $516,666.67.  The purchaser agreed
24    to a time of the essence date as of
25    December 18, 2017 which is today's
```

```
1              PROCEEDINGS
2   date.
3         Please note for the record
4   that the purchaser is not here even
5   though they received a reminder
6   notice of December 5, 2017 notifying
7   them of their contractual
8   obligations to attend and close on
9   December 18, 2017.
10        Pursuant to our closing
11  statement, to deliver to the
12  purchaser, we have taken in account
13  all violations and title
14  encumbrances.  We have allocated
15  75,000 for a partial payoff of
16  1988 Morris to Cohen Financial even
17  though there is no mortgage on
18  record for this particular property.
19  All other closing fees are accounted
20  for out of the purchase price
21  including title fees.
22        In front of me I have a
23  resolution from 1974 Morris Avenue
24  LLC authorizing Brian Hsu to be an
25  authorized signatory to effectuate
```

```
1                PROCEEDINGS
2    the transfer of the property from
3    1974 Morris Avenue LLC to FMTB BH
4    LLC.  It is signed by Rafael Telahum
5    who is the sole member of
6    1974 Morris Avenue LLC.
7         Also in front of me, I have a
8    bargain and sale dated the date
9    hereof between 1974 Morris Avenue
10   LLC and FMTB BH LLC transferring the
11   property and fee to the purchaser.
12   I am signing as authorized signatory
13   on behalf of 1974 Morris Avenue LLC.
14   I am asking Niki Tsismenakis to
15   notarize my signature.  I have also
16   in front of me the ACRIS documents
17   required to be filed with the deed
18   in the city registrar's office.
19        MS. TSISMENAKIS:  I have
20   received the deed and ACRIS forms
21   and I am notarizing them.
22        MR. HSU:  At this time the
23   seller remains ready, willing and
24   able to sell the property with
25   insurable title pursuant to the
```

```
 1              PROCEEDINGS
 2   contract of sale and addendum.  Note
 3   that the purchaser is not in
 4   attendance and has not provided the
 5   required checks to pay the purchase
 6   price and his obligations under the
 7   contract of sale.  Therefore, we
 8   declare the purchaser in default
 9   under the contract of sale.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1

2                C E R T I F I C A T I O N

3

4

5         I, MARJZENA HERMANOWSKI, a

6  Stenotype Shorthand Reporter and Notary

7  Public within and for the State of New

8  York, do hereby certify that the foregoing

9  is a true and accurate transcription of my

10  stenographic notes.

11         I further certify that I am not

12  employed by nor related to any party to

13  this action.

14         IN WITNESS WHEREOF, I have hereunto

15  set my hand this 12th day of January, 2018.

16

17

18

19

20              MARJZENA HERMANOWSKI

21

22

23

24

25

1    Errata Sheet

2

3    NAME OF CASE: IN THE MATTER OF: 1974 MORRIS AVENUE

4    DATE OF DEPOSITION: 12/18/2017

5    NAME OF WITNESS: 11 10 A.M. CLOSING

6    Reason Codes:

7         1. To clarify the record.

8         2. To conform to the facts.

9         3. To correct transcription errors.

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24

25                          _____

**$**

$516,666.67 3:23

**0**

02CS6264869 3:11

**1**

10455 3:14
11:10 3:3
18 3:2,25 4:9
19 3:20
1974 3:13,15 4:23 5:3,6,9,13
1988 4:16

**2**

2017 3:3,20,21, 25 4:6,9

**4**

4 3:21

**5**

5 4:6

**7**

75,000 4:15

**A**

a.m. 3:3
able 5:24
account 4:12
accounted 4:19
ACRIS 5:16,20
addendum 3:20

agreed 3:22,23
all 4:13,19
allocated 4:14
also 5:7,15
am 5:12,14,21
an 3:20 4:24
asking 5:14
associate 3:6
at 3:3,4,6,13 5:22
attend 4:8
authorized 4:25 5:12
authorizing 4:24
Avenue 3:13,15 4:23 5:3,6,9,13

**B**

bargain 5:8
behalf 5:13
between 5:9
BH 3:15 5:3,10
Brian 3:3 4:24
Bronx 3:14

**C**

certified 3:7
city 5:18
close 4:8
closing 4:10,19
Cohen 4:16
contract 3:19
contractual 4:7

**D**

date 3:24 4:2 5:8
dated 3:20,21 5:8

December 3:2, 25 4:6,9
deed 5:17,20
deliver 4:11
documents 5:16

**E**

effectuate 4:25
encumbrances 4:14
essence 3:24
even 4:4,16

**F**

fee 5:11
fees 4:19,21
filed 5:17
Financial 4:16
FMTB 3:15 5:3, 10
forms 5:20
from 3:14 4:23 5:2
front 4:22 5:7,16

**G**

Goldstein 3:4,6

**H**

Hall 3:4,6
here 3:6,12 4:4
hereof 5:9
Hsu 3:2,4,12 4:24 5:22

**I**

including 4:21
insurable 5:25

izidor 3:18

**J**

June 3:20

**L**

LLC 3:15,16 4:24 5:3,4,6,10, 13

**M**

me 3:7 4:22 5:7, 16
member 5:5
Mikhil 3:18
Morris 3:13,15 4:16,23 5:3,6,9, 13
mortgage 4:17
MR 3:2,12 5:22
MS 3:9 5:19
my 3:3,10 5:15

**N**

name 3:3
New 3:10,14
Niki 3:5 5:14
no 4:17
not 4:4
notarize 5:15
notarizing 5:21
notary 3:8,10
note 4:3
notice 4:6
notifying 4:6
number 3:10

**O**

obligations 4:8

October 3:21
office 5:18
on 4:8,17 5:13
other 4:19
our 4:10
out 4:20

**P**

partial 4:15
particular 4:18
partner 3:4
payoff 4:15
Please 4:3
price 4:20
PROCEEDING S 3:1 4:1 5:1
property 3:13, 22 4:18 5:2,11, 24
purchase 4:20
purchaser 3:17,23 4:4,12 5:11
pursuant 3:19 4:10 5:25

**Q**

qualified 3:8

**R**

Rafael 5:4
ready 5:23
received 4:5 5:20
record 4:3,18
registrar's 5:18
remains 5:23
reminder 4:5
represent 3:16
represented

3:18

required 5:17

resolution 4:23

### S

sale 3:19 5:8

sell 3:12,22 5:24

seller 3:16 5:23

senior 3:5

She 3:7

signatory 4:25
5:12

signature 5:15

signed 5:4

signing 5:12

sole 5:5

State 3:10

statement 4:11

### T

taken 4:12

Telahum 5:4

their 4:7

them 4:7 5:21

there 4:17

they 4:5

though 4:5,17

time 3:24 5:22

title 4:13,21 5:25

today's 3:25

transaction
3:17

transfer 5:2

transferring
5:10

Tsismenakis
3:5,9 5:14,19

### V

violations 4:13

### W

well 3:7

which 3:25

who 5:5

willing 5:23

with 3:7 5:17,24

### Y

Yes 3:9

York 3:10,14

COPY

------------------------------------------x
IN THE MATTER OF:

Premises:      1988 Morris Avenue
               Bronx, New York 10455

Seller:        1988 Morris Avenue LLC

Purchaser:     FMTB BH LLC
------------------------------------------x

                              80 Broad Street
                              New York, New York

                              December 18, 2017
                              11:20 a.m.

          STATEMENT, held at the above

time and place, before a Notary Public

within and for the State of New York.

          SANDY SAUNDERS REPORTING
     254 South Main Street, Suite 216
          New City, New York 10956
               (845) 634-7561

1

2    A P P E A R A N C E S:

3

4          THE LAW OFFICE OF IZIDOR MIKHLI, PLLC
           Attorneys for Purchaser
                2995 Quentin Road
5               Brooklyn, New York 11229
           BY:  NO APPEARANCE

6

7          GOLDSTEIN HALL PLLC
           Attorneys for Seller
8               80 Broad Street - Suite 303
                New York, New York 10004
9          BY:  BRIAN S. HSU, ESQ.
                NIKI TSISMENAKIS, ESQ.

10

11

12

13

14

15

16

17

18          .

19

20

21

22

23

24

25

```
1              PROCEEDINGS
2          MR. HSU:  It is December 18,
3   2017 at 11:20 a.m.  My name is Brian
4   Hsu, partner at Goldstein Hall.  I
5   have Niki Tsismenakis, senior
6   associate at Goldstein Hall here
7   with me as well.  She is a certified
8   and qualified notary.
9          MS. TSISMENAKIS:  Yes, in the
10  State of New York.  My notary number
11  is 02CS6264869.
12         MR. HSU:  We are here to sell
13  1988 Morris Avenue, Bronx, New York
14  10455.  We represent the seller
15  1988 Morris Avenue LLC who has
16  entered into a contract of sale with
17  FMTB BH LLC for the property at
18  1988 Morris Avenue.
19         We entered into a contract of
20  sale dated June 18, 2017 with an
21  addendum dated October 4, 2017.  The
22  purchase price is $516,607.67.  The
23  purchaser agreed to a time of the
24  essence date as of December 18, 2017
25  which is today's date.  Note that
```

1          PROCEEDINGS

2    the purchaser is not here in

3    attendance.

4          Pursuant to our closing

5    statement delivered to the

6    purchaser's attorney, we have enough

7    proceeds to sell the property free

8    and clear of all liens and

9    encumbrances and the mortgage in the

10   amount of $261,944.83 from Cohen

11   Financial is enough to satisfy their

12   open mortgage with the addition of

13   $75,000 from the sale of 1974 Morris

14   Avenue.  All the violations and

15   closing costs required to be paid by

16   the seller have been taken care of

17   through the purchase price.

18          The purchaser's attorney was

19   delivered a reminder notice of

20   today's closing as of December 5,

21   2017 from our office reminding them

22   of their contractual obligations to

23   close on December 18, 2017.  We also

24   informed the title company Riverside

25   Abstract dated December 14, 2017

```
 1              PROCEEDINGS
 2   providing them all necessary
 3   documents to provide a clean title
 4   pursuant to the contract of sale.
 5          In front of me I have a
 6   resolution from 1988 Morris Avenue
 7   LLC authorizing me, Brian Hsu, all
 8   rights and power to execute any
 9   documents to transfer the property
10   to FMTB BH LLC.  It is signed by
11   Ihsan Saleem as the sole member of
12   the LLC.
13          In addition, I have a bargain
14   and sale deed from 1988 Morris
15   Avenue LLC date the date hereof to
16   FMTB BH LLC granting free title to
17   the purchaser.  I am now signed the
18   deed as authorized signatory.
19          I have in front of me the
20   ACRIS documents that are required to
21   be filed with the deed.  I am now
22   signing on behalf of the grantor
23   seller.
24          MS. TSISMENAKIS:  I have in
25   front of me the deed and ACRIS forms
```

```
 1              PROCEEDINGS
 2   and I am going to notarize Brian
 3   Hsu's signature.
 4        MR. HSU:  At this time the
 5   seller remains ready, willing and
 6   able to sell the property with
 7   insurable title pursuant to the
 8   contract of sale.  The purchaser has
 9   failed to appear and provide the
10   necessary checks pursuant to their
11   obligations under the contract of
12   sale and addendum.  At this time we
13   declare the purchaser in default
14   under the contract of sale.
15
16
17
18
19
20
21
22
23
24
25
```

1

2                    C E R T I F I C A T I O N

3

4

5          I, MARJZENA HERMANOWSKI, a

6    Stenotype Shorthand Reporter and Notary

7    Public within and for the State of New

8    York, do hereby certify that the foregoing

9    is a true and accurate transcription of my

10   stenographic notes.

11          I further certify that I am not

12   employed by nor related to any party to

13   this action.

14          IN WITNESS WHEREOF, I have hereunto

15   set my hand this 12th day of January, 2018.

16

17

18

19

20              MARJZENA HERMANOWSKI

21

22

23

24

25

1   Errata Sheet

2

3   NAME OF CASE: IN THE MATTER OF: 1988 MORRIS AVENUE

4   DATE OF DEPOSITION: 12/18/2017

5   NAME OF WITNESS: 11 20 A.M. CLOSING

6   Reason Codes:

7        1. To clarify the record.

8        2. To conform to the facts.

9        3. To correct transcription errors.

10  Page _____ Line _____ Reason _____

11  From _____ to _____

12  Page _____ Line _____ Reason _____

13  From _____ to _____

14  Page _____ Line _____ Reason _____

15  From _____ to _____

16  Page _____ Line _____ Reason _____

17  From _____ to _____

18  Page _____ Line _____ Reason _____

19  From _____ to _____

20  Page _____ Line _____ Reason _____

21  From _____ to _____

22  Page _____ Line _____ Reason _____

23  From _____ to _____

24

25                           _____

9Index: $261,944.83–qualified

**$**

$261,944.83 4:10

$516,607.67 3:22

$75,000 4:13

**0**

02CS6264869 3:11

**1**

10455 3:14

11:20 3:3

14 4:25

18 3:2,20,24 4:23

1974 4:13

1988 3:13,15,18 5:6,14

**2**

2017 3:3,20,21, 24 4:21,23,25

**4**

4 3:21

**5**

5 4:20

**A**

a.m. 3:3

Abstract 4:25

ACRIS 5:20,25

addendum 3:21

addition 4:12 5:13

agreed 3:23

all 4:8,14 5:2,7

also 4:23

am 5:17,21

amount 4:10

an 3:20

any 5:8

associate 3:6

at 3:3,4,6,17

attendance 4:3

attorney 4:6,18

authorized 5:18

authorizing 5:7

Avenue 3:13, 15,18 4:14 5:6, 15

**B**

bargain 5:13

been 4:16

behalf 5:22

BH 3:17 5:10,16

Brian 3:3 5:7

Bronx 3:13

**C**

care 4:16

certified 3:7

clean 5:3

clear 4:8

close 4:23

closing 4:4,15, 20

Cohen 4:10

company 4:24

contract 3:16, 19 5:4

contractual 4:22

costs 4:15

**D**

date 3:24,25 5:15

dated 3:20,21 4:25

December 3:2, 24 4:20,23,25

deed 5:14,18, 21,25

delivered 4:5, 19

documents 5:3,9,20

**E**

encumbrances 4:9

enough 4:6,11

entered 3:16,19

essence 3:24

execute 5:8

**F**

filed 5:21

Financial 4:11

FMTB 3:17 5:10, 16

forms 5:25

free 4:7 5:16

from 4:10,13,21 5:6,14

front 5:5,19,25

**G**

Goldstein 3:4,6

granting 5:16

grantor 5:22

**H**

Hall 3:4,6

has 3:15

here 3:6,12 4:2

hereof 5:15

Hsu 3:2,4,12 5:7

**I**

ihsan 5:11

informed 4:24

into 3:16,19

**J**

June 3:20

**L**

liens 4:8

LLC 3:15,17 5:7, 10,12,15,16

**M**

me 3:7 5:5,7,19, 25

member 5:11

Morris 3:13,15, 18 4:13 5:6,14

mortgage 4:9, 12

MR 3:2,12

MS 3:9 5:24

My 3:3,10

**N**

name 3:3

necessary 5:2

New 3:10,13

Niki 3:5

not 4:2

notary 3:8,10

Note 3:25

notice 4:19

now 5:17,21

number 3:10

**O**

obligations 4:22

October 3:21

office 4:21

on 4:23 5:22

open 4:12

our 4:4,21

**P**

paid 4:15

partner 3:4

power 5:8

price 3:22 4:17

PROCEEDING S 3:1 4:1 5:1

proceeds 4:7

property 3:17 4:7 5:9

provide 5:3

providing 5:2

purchase 3:22 4:17

purchaser 3:23 4:2 5:17

purchaser's 4:6,18

pursuant 4:4 5:4

**Q**

qualified 3:8

## R

reminder 4:19

reminding 4:21

represent 3:14

required 4:15
5:20

resolution 5:6

rights 5:8

Riverside 4:24

## S

sale 3:16,20
4:13 5:4,14

Saleem 5:11

satisfy 4:11

sell 3:12 4:7

seller 3:14 4:16
5:23

senior 3:5

She 3:7

signatory 5:18

signed 5:10,17

signing 5:22

sole 5:11

State 3:10

statement 4:5

## T

taken 4:16

their 4:11,22

them 4:21 5:2

through 4:17

time 3:23

title 4:24 5:3,16

today's 3:25
4:20

transfer 5:9

Tsismenakis
3:5,9 5:24

## V

violations 4:14

## W

well 3:7

which 3:25

who 3:15

with 3:7,16,20
4:12 5:21

## Y

Yes 3:9

York 3:10,13