UNITED STATES BANKRUPTCY COURT
EASTERN DISCTRICT OF NEW YORK

------------------------------------------------------------ X

| | | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **FMTB BH LLC,** | : | Case No. 18-42228 |
| | : | |
| Debtor. | : | Adv. Pro. No. 18-01052 |
| ------------------------------------------ | : | |
| **FMTB BH LLC,** | : | **STIPULATION EXTENDING** |
| | : | **TIME TO ANSWER COMPLAINT** |
| Plaintiff, | : | |
| | : | |
| -against- | : | |
| | : | |
| **1988 MORRIS AVENUE LLC, 1974 MORRIS AVENUE LLC, 700 BECK STREET LLC, 1143 FOREST AVENUE LLC, and 1821 TOPPING AVENUE LLC** | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------ X

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned parties to the above-captioned adversary proceeding, through their respective attorneys of record, that the time for Defendants 1988 Morris Avenue LLC, 1974 Morris Avenue LLC, 700 Beck Street LLC, 1143 Forest Avenue LLC, and 1821 Topping Avenue LLC ("Defendants") in the above-captioned action to answer the Complaint in this action, is hereby extended to and including September 7, 2018; and

**IT IS FURTHER STIPULATED AND AGREED,** that facsimile or electronic signatures shall be deemed to be originals and that this stipulation may be signed in any number of counterparts.

{00952136.DOCX;1 }

| | |
|---|---|
| **ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.** | **GOLDSTEIN HALL PLLC** |
| By:   /s/ Lawrence S. Hirsh<br>Lawrence S. Hirsh, Esq.<br>Attorneys for Plaintiff-Debtor<br>*FMTB BH LLC*<br>875 Third Avenue, 9th Floor<br>New York, New York 10022<br>(212) 603-6300 | By:   /s/ Brian J. Markowitz<br>Brian J. Markowitz, Esq.<br>Attorney for Defendants<br>*1988 Morris Avenue LLC, 1974 Morris Avenue LLC, 700 Beck Street LLC, 1143 Forest Avenue LLC, and 1821 Topping Avenue LLC*<br>80 Broad Street, 3rd Floor<br>New York, New York `10004<br>(646) 768-4119 |