# ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

## 875 THIRD AVENUE

## NEW YORK, NEW YORK 10022

**(212) 603-6300**

**FAX (212) 956-2164**

Fred B. Ringel
(212) 603-6301
fbr@robinsonbrog.com

November 5, 2018

**<u>Via ECF</u>**
Honorable Carla E. Craig
United States Bankruptcy Court,
Eastern District of New York
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East
Suite 1595
Brooklyn, New York 11201

RE: In re FMTB BH LLC, Case No. 18-42228-cec
<u>FMTB BH LLC v. 1988 Morris Ave. LLC et al., Adv. Pro. No. 18-1052-cec</u>

Dear Judge Craig:

      This letter confirms that all matters scheduled for November 7, 2018 at 2:30 p.m. have been adjourned, on consent, to January 9, 2019 at 2:30 p.m.

      Please have your chambers contact me with any questions.

Respectfully submitted,

/s/ Fred B. Ringel

**Fred B. Ringel**

{00967205.DOC;1 }