```
                         United States Bankruptcy Court
                          Eastern District of New York
FMTB BH LLC,
        Plaintiff                                              Adv. Proc. No. 18-01052-cec

1988 MORRIS AVENUE LLC,
        Defendant              CERTIFICATE OF NOTICE

District/off: 0207-1          User: atennerie            Page 1 of 1              Date Rcvd: Dec 28, 2018
                              Form ID: pdf000            Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 30, 2018.
pla            +FMTB BH LLC,    1335 50 STREET, SUITE 2G,    Brooklyn, NY 11219-6504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Dec 28 2018 18:50:27
                 Office of the United States Trustee,   Eastern District of NY (Brooklyn Office),
                 U.S. Federal Office Building,    201 Varick Street, Suite 1006,   New York, NY 10014-9449
ust            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Dec 28 2018 18:50:27       United States Trustee,
                 Office of the United States Trustee,   U.S. Federal Office Building,
                 201 Varick Street, Room 1006,    New York, NY 10014-9449
                                                                                                TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust*           +United States Trustee,   Office of the United States Trustee,   U.S. Federal Office Building,
                 201 Varick Street, Room 1006,    New York, NY 10014-9449
cd*            +FMTB BH LLC,    1335 50 STREET, SUITE 2G,    Brooklyn, NY 11219-6504
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2018 at the address(es) listed below:
         Abraham Neuhaus    on behalf of Counter-Defendant    FMTB BH LLC abeneuhaus@yahoo.com,
          aneuhaus@szlawllp.com;an@neuyac.com;joezelmanovitz@aol.com
         Abraham Neuhaus    on behalf of Plaintiff    FMTB BH LLC abeneuhaus@yahoo.com,
          aneuhaus@szlawllp.com;an@neuyac.com;joezelmanovitz@aol.com
         Brian J. Markowitz    on behalf of Defendant    1988 MORRIS AVENUE LLC bmarkowitz@goldsteinhall.com
         Brian J. Markowitz    on behalf of Defendant    1974 MORRIS AVENUE LLC bmarkowitz@goldsteinhall.com
         Brian J. Markowitz    on behalf of Defendant    1821 TOPPING AVENUE LLC bmarkowitz@goldsteinhall.com
         Brian J. Markowitz    on behalf of Defendant    1143 FOREST AVENUE LLC bmarkowitz@goldsteinhall.com
         Brian J. Markowitz    on behalf of Defendant    700 BECK STREET LLC bmarkowitz@goldsteinhall.com
         Daniel Robert Goldenberg    on behalf of Counter-Claimant    1974 MORRIS AVENUE LLC
          dgoldenberg@goldsteinhall.com
         Daniel Robert Goldenberg    on behalf of Counter-Claimant    700 BECK STREET LLC
          dgoldenberg@goldsteinhall.com
         Daniel Robert Goldenberg    on behalf of Counter-Claimant    1143 FOREST AVENUE LLC
          dgoldenberg@goldsteinhall.com
         Daniel Robert Goldenberg    on behalf of Counter-Claimant    1821 TOPPING AVENUE LLC
          dgoldenberg@goldsteinhall.com
         Daniel Robert Goldenberg    on behalf of Counter-Claimant    1988 MORRIS AVENUE LLC
          dgoldenberg@goldsteinhall.com
         Fred B. Ringel    on behalf of Plaintiff    FMTB BH LLC fbr@robinsonbrog.com,
          cy@robinsonbrog.com;nfm@robinsonbrog.com
         Joseph Zelmanovitz    on behalf of Counter-Defendant    FMTB BH LLC joezelmanovitz@aol.com,
          aneuhaus@szlawllp.com
         Joseph Zelmanovitz    on behalf of Plaintiff    FMTB BH LLC joezelmanovitz@aol.com,
          aneuhaus@szlawllp.com
         Lawrence S. Hirsh    on behalf of Plaintiff    FMTB BH LLC lhirsh@robinsonbrog.com,
          paralegals@robinsonbrog.com
                                                                                               TOTAL: 16
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

FMTB BH LLC,

                                                     Debtor.

-----------------------------------------------------------x

FMTB BH LLC,

                                          Plaintiff,

against

1988 MORRIS AVENUE LLC, 1974 MORRIS AVENUE LLC, 700 BECK STREET LLC, 1143 FOREST AVENUE LLC, and 1821 TOPPING AVENUE LLC,

                                       Defendants.

-----------------------------------------------------------x

**FIRST AMENDED ADVERSARY PROCEEDING DISCOVERY PLAN AND SCHEDULING ORDER**

**Chapter 11**

**Case No. 18-42228-CEC**

Adv. Pro No. 18-01052 (CEC)

      This Adversary Proceeding Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. This case is not to be tried to a jury.

2. Amended pleadings may not be filed and additional parties may not be joined except with leave of the Court. Any motion to amend or to join additional parties shall be filed by October 15, 2018.

3. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be completed by October 1, 2018.

4. Fact Discovery

    a. All fact discovery shall be completed by March 15, 2019.

    b. Physical property inspection to be completed on January 21-22, ~~2018~~ ***2019 (CEC)***.

    c. Responses to outstanding discovery requests shall be served by January 11, 2019.

    d. Non-expert depositions shall be completed by February 28, 2019.

1

e. Requests to admit shall be served by March 15, 2019.

f. Any of the interim deadlines in paragraphs 4(b) through 5(c) may be extended by the written consent of all parties without application to the Court, provided that all fact discovery is completed by the date set forth in paragraph 4(a).

5. Additional provisions agreed upon by the parties are attached hereto and made a part hereof.

6. **ALL DISCOVERY SHALL BE COMPLETED BY MARCH 15, 2019.**

7. All motions and applications shall be governed by the Court's Individual Practices, including the requirement of a pre-motion conference before a motion for summary judgment is filed.

8. Unless otherwise ordered by the Court, within 30 days after the date for the completion of discovery, or, if a dispositive motion has been filed, within 30 days after a decision on the motion, the parties shall submit to the Court for its approval a Joint Pretrial Order prepared in accordance with the Court's Individual Practices. The parties shall also comply with the Court's Individual Practices with respect to the filing of other required pretrial documents.

9. ~~The parties have conferred and their present best estimate of the length of the trial is _____~~ *(CEC)*

10. This Civil Case Discovery Plan and Scheduling Order may not be modified, or the dates herein extended without leave of the Court. (except as provided in paragraphs 4(f) and 5(d) above).

11. The next ~~case management~~ ***pre-trial (CEC)*** conference is scheduled for ***March 20, 2019*** at ***2:30 p.m***. ~~(The Court will set this date at the initial conference.)~~ *(CEC)*



Dated: Brooklyn, New York
December 27, 2018

Carla E. Craig
United States Bankruptcy Judge