```
                              United States Bankruptcy Court
                               Eastern District of New York

FMTB BH LLC,
        Plaintiff                                              Adv. Proc. No. 18-01052-cec

1988 MORRIS AVENUE LLC,
        Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 0207-1          User: adobson              Page 1 of 2           Date Rcvd: Apr 05, 2019
                              Form ID: pdf000            Total Noticed: 5


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2019.
pla             +FMTB BH LLC,    1335 50 STREET, SUITE 2G,    Brooklyn, NY 11219-6504
9401492         +747 Third Avenue, Suite 33B,    New York, New York 10017,    (212) 826-6422,    ( 10017-2803
9401493         +STAHL & ZELMANOVITZ,    747 Third Avenue, Suite 33B,    New York, New York 10017,
                  T: (212) 826-6422,    F 10017-2803

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust             +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Apr 05 2019 18:35:14
                  Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
                  U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-9449
ust             +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Apr 05 2019 18:35:14     United States Trustee,
                  Office of the United States Trustee,    U.S. Federal Office Building,
                  201 Varick Street, Room 1006,    New York, NY 10014-9449
                                                                                               TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust*            +United States Trustee,    Office of the United States Trustee,    U.S. Federal Office Building,
                  201 Varick Street, Room 1006,    New York, NY 10014-9449
cd*             +FMTB BH LLC,    1335 50 STREET, SUITE 2G,    Brooklyn, NY 11219-6504
                                                                                     TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2019 at the address(es) listed below:
              Abraham   Neuhaus    on behalf of Plaintiff    FMTB BH LLC abeneuhaus@yahoo.com,
               aneuhaus@szlawllp.com;an@neuyac.com;joezelmanovitz@aol.com
              Abraham   Neuhaus    on behalf of Counter-Defendant    FMTB BH LLC abeneuhaus@yahoo.com,
               aneuhaus@szlawllp.com;an@neuyac.com;joezelmanovitz@aol.com
              Brian J. Markowitz    on behalf of Defendant    700 BECK STREET LLC bmarkowitz@goldsteinhall.com
              Brian J. Markowitz    on behalf of Defendant    1988 MORRIS AVENUE LLC bmarkowitz@goldsteinhall.com
              Brian J. Markowitz    on behalf of Defendant    1974 MORRIS AVENUE LLC bmarkowitz@goldsteinhall.com
              Brian J. Markowitz    on behalf of Defendant    1821 TOPPING AVENUE LLC bmarkowitz@goldsteinhall.com
              Brian J. Markowitz    on behalf of Defendant    1143 FOREST AVENUE LLC bmarkowitz@goldsteinhall.com
              Daniel Robert Goldenberg    on behalf of Defendant    1974 MORRIS AVENUE LLC
               dgoldenberg@goldsteinhall.com
              Daniel Robert Goldenberg    on behalf of Counter-Claimant    1974 MORRIS AVENUE LLC
               dgoldenberg@goldsteinhall.com
              Daniel Robert Goldenberg    on behalf of Counter-Claimant    700 BECK STREET LLC
               dgoldenberg@goldsteinhall.com
              Daniel Robert Goldenberg    on behalf of Defendant    1821 TOPPING AVENUE LLC
               dgoldenberg@goldsteinhall.com
              Daniel Robert Goldenberg    on behalf of Defendant    1988 MORRIS AVENUE LLC
               dgoldenberg@goldsteinhall.com
              Daniel Robert Goldenberg    on behalf of Counter-Claimant    1143 FOREST AVENUE LLC
               dgoldenberg@goldsteinhall.com
              Daniel Robert Goldenberg    on behalf of Counter-Claimant    1821 TOPPING AVENUE LLC
               dgoldenberg@goldsteinhall.com
              Daniel Robert Goldenberg    on behalf of Defendant    700 BECK STREET LLC
               dgoldenberg@goldsteinhall.com
              Daniel Robert Goldenberg    on behalf of Counter-Claimant    1988 MORRIS AVENUE LLC
               dgoldenberg@goldsteinhall.com
```

```
District/off: 0207-1           User: adobson              Page 2 of 2              Date Rcvd: Apr 05, 2019
                               Form ID: pdf000            Total Noticed: 5
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         Daniel Robert Goldenberg   on behalf of Defendant   1143 FOREST AVENUE LLC dgoldenberg@goldsteinhall.com
         Fred B. Ringel   on behalf of Plaintiff   FMTB BH LLC fbr@robinsonbrog.com, cy@robinsonbrog.com;nfm@robinsonbrog.com
         Joseph  Zelmanovitz   on behalf of Plaintiff   FMTB BH LLC joezelmanovitz@aol.com, aneuhaus@szlawllp.com
         Joseph  Zelmanovitz   on behalf of Counter-Defendant   FMTB BH LLC joezelmanovitz@aol.com, aneuhaus@szlawllp.com
         Lawrence S. Hirsh   on behalf of Plaintiff   FMTB BH LLC lhirsh@robinsonbrog.com, paralegals@robinsonbrog.com

                                                                                                                                                       TOTAL: 21

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:

FMTB BH LLC,

                                                    Debtor.

------------------------------------------------------------x

FMTB BH LLC,

                                                   Plaintiff,

      against

1988 MORRIS AVENUE LLC, 1974 MORRIS
AVENUE LLC, 700 BECK STREET LLC, 1143
FOREST AVENUE LLC, and 1821 TOPPING
AVENUE LLC,

                                                   Defendants.

------------------------------------------------------------x

**SECOND AMENDED ADVERSARY PROCEEDING DISCOVERY PLAN AND SCHEDULING ORDER**

**Chapter 11**

**Case No. 18-42228-CEC**

Adv. Pro No. 18-01052 (CEC)

This Adversary Proceeding Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. This case is not to be tried to a jury.

2. Amended pleadings may not be filed and additional parties may not be joined except with leave of the Court. Any motion to amend or to join additional parties shall be filed by October 15, 2018.

3. Fact Discovery

    a.    All fact discovery shall be completed by May 10, 2019.

    b.    Requests to admit shall be served by May 10, 2019.

    c.    Any of the interim deadlines in paragraphs 3(a) through 3(b) may be extended by the written consent of all parties without application to the Court, provided that all fact discovery is completed by the date set forth in paragraph 4.

4.   **ALL DISCOVERY SHALL BE COMPLETED BY MAY 10, 2019.**

5.   All motions and applications shall be governed by the Court's Individual Practices, including the requirement of a pre-motion conference before a motion for summary judgment is filed.

6.   Unless otherwise ordered by the Court, within 30 days after the date for the completion of discovery, or, if a dispositive motion has been filed, within 30 days after a decision on the motion, the parties shall submit to the Court for its approval a Joint Pretrial Order prepared in accordance with the Court's Individual Practices. The parties shall also comply with the Court's Individual Practices with respect to the filing of other required pretrial documents.

7.   This Civil Case Discovery Plan and Scheduling Order may not be modified, or the dates herein extended without leave of the Court, except as provided in paragraphs 3(c).

8.   The next pre-trial conference is scheduled for at May 22, 2019.



Dated: Brooklyn, New York
April 4, 2019

Carla E. Craig
United States Bankruptcy Judge