UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re

FMTB BH LLC,

                       Debtor,

Case No. 18-42228-CEC

Chapter 11

----------------------------------------------------------X

FMTB BH LLC,

                       Plaintiff,

-against-

1988 MORRIS AVENUE LLC,
1974 MORRIS AVENUE LLC,
700 BECK STREET LLC,
1143 FOREST AVENUE LLC, and
1821 TOPPING AVENUE LLC,

                       Defendants.

Adv. Pro. No. 18-1052-CEC

----------------------------------------------------------X

## ORDER DENYING MOTION TO QUASH SUBPOENAS

      Upon the motion of 1988 Morris Ave LLC, 1974 Morris Ave LLC, 700 Beck Street LLC, 1143 Forest Ave LLC, and 1821 Topping Ave LLC (the "Defendants") to quash Subpoenas Duces Tecum and Ad Testificandum issued by FMTB BH LLC to Brian Hsu, Esq. and Malik Pearson, Esq. (the "Defendants' Motion"); and upon the record of the conference held on April 17, 2019, at which counsel to the Plaintiff and to the Defendants appeared and were heard, it is

      ORDERED, that the Defendants' Motion is denied for the reasons stated on the record on April 17, 2019.



**Dated: Brooklyn, New York**
**April 17, 2019**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**