UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
In re

FMTB BH LLC,

                                   Debtor.

Case No. 18-42228-CEC

Chapter 11

------------------------------------------------------------------------X
FMTB BH LLC,

                                   Plaintiff,

-against-

1988 MORRIS AVENUE LLC,
1974 MORRIS AVENUE LLC,
700 BECK STREET LLC,
1143 FOREST AVENUE LLC,
1821 TOPPING AVENUE LLC,

                                   Defendants.

Adv. Pro. No. 18-1052-CEC

------------------------------------------------------------------------X

## ORDER DENYING MOTION FOR SUMMARY JUDGMENT

WHEREAS, on April 23, 2018, this adversary proceeding was commenced by FMTB BH LLC (the "Plaintiff"); and

WHEREAS, on August 14, 2019, 1988 Morris Ave LLC, 1974 Morris Ave LLC, 700 Beck St LLC, 1143 Forest Ave LLC, and 1821 Topping Ave LLC (collectively, the "Defendants") filed a motion seeking summary judgment (the "Summary Judgment Motion") (ECF No. 39); and

WHEREAS, the Plaintiff opposed the Summary Judgment Motion; and

WHEREAS, a hearing on the Summary Judgment Motion was held on August 21, 2019;

NOW, THEREFORE, it is

ORDERED, that the Summary Judgment Motion is denied for the reasons stated in this Court's decision dated January 13, 2020; and it is further

1

ORDERED, that a pre-trial conference shall be held on January 22, 2020 at 2:00 p.m. in Courtroom 3529 at the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, NY 11201.



**Dated: Brooklyn, New York**
**January 13, 2020**

_/s/ Carla E. Craig_
**Carla E. Craig**
**United States Bankruptcy Judge**