UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re

FMTB BH LLC,

                      Debtor.

Case No. 18-42228-CEC

Chapter 11

-----------------------------------------------------------X

FMTB BH LLC,

                      Plaintiff,

-against-

1988 MORRIS AVENUE LLC,
1974 MORRIS AVENUE LLC,
700 BECK STREET LLC,
1143 FOREST AVENUE LLC,
1821 TOPPING AVENUE LLC,

                      Defendants.

Adv. Pro. No. 18-1052-CEC

-----------------------------------------------------------X

## SCHEDULING ORDER

It is hereby,

ORDERED, that the parties hereto shall comply with the following schedule in connection with the trial in the above-captioned adversary proceeding:

1. The parties shall file a joint pre-trial order in the form available on the Court's website on or before April 22, 2020.

2. The parties shall appear for a trial on May 5, 2020 at 10:30 a.m.

AND IT IS FURTHER ORDERED, that none of the dates set forth in this Order shall be extended or adjourned in the absence of good and sufficient cause being demonstrated to the Court in advance of the date in question.



**Dated: Brooklyn, New York**
        **March 3, 2020**

_____
    **Carla E. Craig**
**United States Bankruptcy Judge**