UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

FMTB BH LLC,

                    Debtor.
------------------------------------------------------------x
FMTB BH LLC,

                    Plaintiff,

         - against -

1988 MORRIS AVENUE LLC, 1974 MORRIS AVENUE LLC, 700 BECK STREET LLC, 1143 FOREST AVENUE LLC, and 1821 TOPPING AVENUE LLC,

                  Defendants.
------------------------------------------------------------x

Chapter 11

Case No. 18-42228-cec

Adv. Pro. No. 18-01052-cec

**ORDER PERMITTING SERVICE BY EMAIL**

       The Court having ordered that the trial of the above-referenced adversary proceeding commence on June 10, 2020, at 10 a.m., and Plaintiff having applied to the Court for leave to serve subpoenas for the attendance at trial on non-party witnesses, and given the present situation regarding Covid-19 and in the interests of maintaining appropriate standards of public health and safety, it is hereby

       **ORDERED** that the parties may serve subpoenas on any non-party witness for his or her attendance at the trial of this matter, by email to the witness's last known email address, with a copy thereof to be served by U.S. Mail, and such shall constitute good and sufficient service thereof.



**Dated: Brooklyn, New York**
        **May 26, 2020**

_____
    **Carla E. Craig**
**United States Bankruptcy Judge**