STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                    **Chapter 11**

FMTB BH LLC,                              Case No. 18-42228-cec

                Debtor.
------------------------------------------------------------x
FMTB BH LLC,                              Adv. Pro. No. 18-01052-cec

                Plaintiff,

      -against-

1988 MORRIS AVENUE LLC, 1974 MORRIS
AVENUE LLC, 700 BECK STREET LLC, 1143
FOREST AVENUE LLC and 1821 TOPPING
AVENUE LLC,

                Defendants.
------------------------------------------------------------x

## **DEFENDANTS' EXHIBITS OFFERED AT TRIAL**

Pursuant to this Court's direction at trial, below is a table setting forth the exhibits which Defendants' offered at trial.

| Exhibit Name | Location of Relevant Testimony | Exhibit Name | Location of Relevant Testimony | Exhibit Name | Location of Relevant Testimony |
|---|---|---|---|---|---|
| Exhibit 1 | Pg. 59, Day 1 | Exhibit 11 | Pg. 88, Day 1 | Exhibit J | Pg. 166, Day 1 |
| Exhibit 2 | Pg. 63, Day 1 | Exhibit 30 | Pg. 89, Day 1 | Exhibit 15 | Pg. 168, Day 1 |
| Exhibit 3 | Pg. 63, Day 1 | Exhibit 16 | Pg. 89, Day 1 | Exhibit GG | Pg. 177, Day 1 |
| Exhibit 4 | Pg. 63, Day 1 | Exhibit QQ | Pg. 91, Day 1 | Exhibit D | Pg. 177, Day 1 |
| Exhibit 5 | Pg. 63, Day 1 | Exhibit H | Pg. 98, Day 1 | Exhibit 12 | Pg. 183, Day 1 |
| Exhibit 19, | Pg. 67, Day 1 | Exhibit B | Pg. 153, Day 1 | Exhibit 58 | Pg. 184, Day 1 |
| Exhibit 88 | Pg. 84, Day 1 | Exhibit F | Pg. 157, Day 1 | Exhibit 85 | Pg. 189, Day 1 |

| Exhibit 59 | Pg. 189, Day 1 |
|---|---|
| Exhibit 60 | Pg. 190, Day 1 |
| Exhibit 61 | Pg. 192, Day 1 |
| Exhibit 37 | Pg. 36, Day 2 |
| Exhibit 41 | Pg. 36, Day 2 |
| Exhibit 77 | Pg.45, Day 2 |

| Exhibit 51 | Pg. 48, Day 2 |
|---|---|
| Exhibit 21 | Pg. 53, Day 2 |
| Exhibit 19, | Pg. 58, Day 2 |
| Exhibit 93 | Pg. 59, Day 2 |
| Exhibit 20 | Pg. 119, Day 2 |
| Exhibit 45 | Pg. 141, Day 2 |

| Exhibit LL | Pg. 146, Day 2 |
|---|---|
| Exhibit E | Pg. 158, Day 2 |
| Exhibit 6 | Pg. 210, Day 2 |
| Exhibit 40 | Pg. 228, Day 2 |

Dated: New York, New York
June 30, 2020

**GOLDSTEIN HALL PLLC**
*Attorneys for Defendants.*
80 Broad Street
New York, New York 10004
(646) 768-4127

By: /s/ Brian J. Markowitz
BRIAN J. MARKOWITZ